UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LEONARD G. NAUMAN,

Petitioner,

v.

COMMODITY FUTURES TRADING COMMISSION,

Respondent.

MISC. NO. 00-18 (RHK/JMM)

ORDER

The Court has been advised by Respondent that they have withdrawn their Subpoenas addressed to Plaintiff Leonard G. Nauman in the above matter.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. The hearing to quash subpoenas scheduled before the undersigned on May 10, 2000 at 10:00 a.m. is canceled.

2. Plaintiff's Motion to Quash Subpoenas [Docket No. 1] is denied as moot.

Dated: May 1, 2000

JOHN M. MASON
United States Magistrate Judge

FILED MAY 01 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK